Jennie Isear, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers, etc., Respondents.— Order of the Municipal Court modified so that it shall provide that the defendants pay the costs of the trial within twenty days, otherwise that the motion for a new trial is denied, with costs, and as so modi-

fied affirmed, without costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.